UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                          NO. 04-10299

ROBERT RUSCIO

## MOTION TO ALTER TERMS OF RELEASE

Now comes the defendant in the above-captioned case and requests that this court alter the terms of his release.

On May 14, 2004, Judge Charles B. Swartwood set bond at $250,000.00 surety. He also permitted property at 62 Jefferson Avenue, Salem MA be used as bail.

The property at 62 Jefferson Avenue is owned by the Ruscio Nominee Realty Trust. The trustees of this trust are the defendant, his brother Frank Ruscio and his sister, Sandra Ruscio.

Prior to the defendant's arrest on May 3, 2004, the Ruscio family was attempting to sell this property. In April 2004 they obtained an appraisal of the property for $325,000.00.

Since the arrest, the business that the defendant operated from 62 Jefferson Avenue, Bob's Carburetor, has been losing money due to the defendant's medical problems. In addition, the defendant's wife has been unemployed since July 2004.

On June 28, 2004, counsel spoke with Assistant U.S. Attorney Robert Peabody concerning the Ruscio family's financial difficulties. Mr. Peabody instructed counsel to inform the Ruscios that they should proceed with the sale of

the property and that when they entered a purchase and sale agreement he would be willing to discuss altering the terms of the defendant's release.

On February 18, 2005, the defendant informed counsel that the Ruscios have entered a purchase and sale agreement to sell the property for $401,000.00. The defendant's one-third share of the proceeds after a 5% commission fee is $126,983.00.

The defendant requests that the court alter the terms of his release as follows. That the court release its lien on 62 Jefferson Avenue, and that he be permitted to post cash bail. He further requests that the court set bail at $63,492.00 (one-half of the defendant's one-third share of the proceeds). As reason therefor, the defendant says that he is suffering financially because of his medical and legal problems. He needs the cash generated by the sale to live, while he seeks employment. Finally, the defendant has complied with all the terms of his release set on May 14, 2004.

Assistant United States Attorney Neil Gallagher assents to this motion.

For the defendant,

*Edward L. Hayden*
EDWARD L. HAYDEN
7 Franklin Street
Lynn MA 01902
(781) 599-1190
BBO #226430

## CERTIFICATE OF SERVICE

I, **EDWARD L. HAYDEN,** Attorney of record for the Defendant, **ROBERT RUSCIO,** do hereby certify that I have served a copy of the within, **MOTION TO ALTER TERMS OF RELEASE** , by mailing a copy thereof, postage prepaid to U.S. District Attorney Neil Gallagher, U.S. Attorney's Office, U.S. Courthouse, One Courthouse Way, Boston, MA 02110, on this the 22nd day of February, 2005.

*Edward J. Hayden*
**EDWARD L. HAYDEN**