JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                    4

**Criminal Case Cover Sheet**                            **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II_____    **Investigating Agency** DEA_____

**City**  Lynn_____    **Related Case Information:**

**County**  Essex_____    Superseding Ind./ Inf.  X_____    Case No.  04-10299 PBS
                                 Same Defendant  x_____    New Defendant _____
                                 Magistrate Judge Case Number  M 04-1732- CBS
                                 Search Warrant Case Number  04 M 1720- to 1730, 04-M 1738
                                 R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  RICARDO MANUEL ESTRADA_____    Juvenile:    ☐ Yes    X No

Alias Name  _____

Address  _____

Birthdate: _____ SS # _____ Sex: MALE  Race: Hispanic_____ Nationalit Mexican_____

**Defense Counsel if known:**    Eliot Weinstein, Esq._____    Address 228 Lewis Wharf_____

Bar Number  _____    617-367-9334_____

**U.S. Attorney Information:**

AUSA  Neil Gallagher_____    Bar Number if applicable  _____

**Interpreter:**    X  Yes    No    List language and/or dialect:    Spanish_____

**Matter to be SEALED:**    Yes  X  No

   Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date  _____

X  Already in Federal Custody as of  _____    Wyatt Detention, Central Falls, RI .
☐  Already in State Custody at ——————————— ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:  _____  on  _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X Felony —2—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/23/05___    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   RICARDO MANUEL ESTRADA

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**   II          **Investigating Agency**   DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                 Superseding Ind./ Inf.   X          **Case No.**   04-10299 PBS
                                   Same Defendant _____  New Defendant _____
                                   Magistrate Judge Case Number   04-M-1685 CBS
                                   Search Warrant Case Number   04-M-1720-to-1730
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ANDRES MARTINEZ-ACEVEZ              Juvenile:    ☐ Yes    X No

Alias Name   "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

Address   _____

Birthdate: _____ SS # 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 Sex: MALE Race: Hispanic    Nationalit Mexican

**Defense Counsel if known:**    John Cicilline, Esq.    Address 381 Atwells Ave., Providence, RI

Bar Number   _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                    Bar Number if applicable   _____

**Interpreter:**    X Yes    No        List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes   X   No

     Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date   5/1/2004

X  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI   .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  ~~10/5/04~~  3/23/05        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

%JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          Category No.  II          **Investigating Agency**   DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex               Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                 Same Defendant   x          New Defendant
                                 Magistrate Judge Case Number     04-M-1685 CBS
                                 Search Warrant Case Number     04-M-1720 to 1730
                                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSE ROSALES                    Juvenile:       ☐ Yes    X  No

Alias Name   TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address   88 NEWARK ST, LYNN MA

Birthdate: 5/10/76   SS # 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  Sex:  MALE  Race: Hispanic          Nationalit  Mexican

**Defense Counsel if known:**       Raymond A. O'Hara, Esq.       Address 1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA                                        Bar Number if applicable

**Interpreter:**      X  Yes      No          List language and/or dialect:       Spanish

**Matter to be SEALED:**          Yes   X   No

          Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date          5/1/04

X  Already in Federal Custody as of                    in    Wyatt Detention, Central Falls, RI      .
☐ Already in State Custody at ———————— ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                    on

**Charging Document:**       Complaint       ☐ Information       X  Indictment

**Total # of Counts:**       ☐ Petty ——————  ☐ Misdemeanor ——————  X☐ Felony —— 4 ——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05                    Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**            **Category No.**  II            **Investigating Agency**  DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                    Superseding Ind./ Inf.   X            Case No.   04-10299 PBS
                                       Same Defendant   x            New Defendant
                                       Magistrate Judge Case Number   04-M-1685 CBS
                                       Search Warrant Case Number   04-M-1720 to 1730
                                       R 20/R 40 from District of

**Defendant Information:**

Defendant Name   VALENTIN MARTINEZ            Juvenile:   ☐ Yes   X No

Alias Name   VALENTIN RIVERA AKA V AKA VALE

Address    108 JOHNSON STREET, LYNN, MA

Birthdate:  12/20/69    SS #  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   Sex:  MALE   Race:  Hispanic            Nationalit  Mexican

**Defense Counsel if known:**       Ronald Ian Segal, Esq.       Address  23 Central Ave., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher            Bar Number if applicable

**Interpreter:**   X Yes   X No       List language and/or dialect:       Spanish

**Matter to be SEALED:**       Yes   X  No

      Warrant Requested       ☐ Regular Process       x In Custody

**Location Status:**

Arrest Date       5/1/04

x  Already in Federal Custody as of            in   Wyatt Detention, Central Falls, RI       .
☐  Already in State Custody at            ☐ Serving Sentence       ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:            on

**Charging Document:**       Complaint       ☐ Information       X Indictment

**Total # of Counts:**       ☐ Petty       ☐ Misdemeanor       X☐ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05            Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__          **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__              **Related Case Information:**

**County** __Essex__                    Superseding Ind./ Inf.   __X__          Case No.    __04-10299-PBS__
                                        Same Defendant    __x__          New Defendant _____
                                        Magistrate Judge Case Number    __04-m-1685-CBS__
                                        Search Warrant Case Number    __04-m-1720 to 1730__
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __MANUEL GERMOSEN__              Juvenile    ☐ Yes    ☒ No

Alias Name   __Kelvin Madera, Manolo__

Address _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex __M__ Race: __Hispanic__   Nationality: __Dom Rep__

**Defense Counsel if known:**   __Steven Judge__          **Address:** __23 Central Ave., #605__
                                                         __Lynn, MA 01902__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__                    **Bar Number if applicable** _____

Interpreter:    ☒ Yes  ☐ No          **List language and/or dialect:**    __Spanish__

**Matter to be SEALED:**    ☐ Yes  ☒ No

     ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** __May 1, 2005__          **in** __Plymouth County__          .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____    **on** _____

**Charging Document:**    ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**   MANUEL GERMOSEN

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                  U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                 Superseding Ind./ Inf.   X                 Case No.   04-10299 PBS
                                   Same Defendant     X               New Defendant
                                   Magistrate Judge Case Number      04-M-1685 CBS
                                   Search Warrant Case Number      04-M-1720 to 1730
                                   R 20/R 40 from District of

## Defendant Information:

**Defendant Name**   ABDALLAH HAMDAN                    Juvenile:        ☐ Yes    X No

Alias Name

Address      10 ROOSEVELT ST METHUEN MA

Birthdate:  1/17/76     SS #  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  Sex:  MALE  Race:  Arabic          Nationalit  Palestinian

**Defense Counsel if known:**     Melvin Norris, Esq.          Address  260 Boston Post Rd., Wayland, MA

Bar Number

## U.S. Attorney Information:

AUSA   Neil Gallagher                    Bar Number if applicable

**Interpreter:**     ☐ Yes    X No         List language and/or dialect:

**Matter to be SEALED:**          Yes  X     No

          Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date          5/1/04

X  Already in Federal Custody as of                    in    Wyatt Detention, Central Falls, RI      .
☐ Already in State Custody at                 ☐ Serving Sentence       ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                 on

**Charging Document:**     Complaint     ☐ Information          X  Indictment

**Total # of Counts:**     ☐ Petty          ☐ Misdemeanor          ☐ X Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

Place of Offense: __MA_____ Category No. _____ **Investigating Agency** __DEA/MSP_____

City __Lynn/Peabody_____ **Related Case Information:**

County __Essex_____
Superseding Ind./ Inf. __X_____ Case No. __04-10299-PBS__
Same Defendant __x_____ New Defendant _____
Magistrate Judge Case Number __04-m-1685-CBS__
Search Warrant Case Number __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __RICARDO MARTINEZ_____ Juvenile ☐ Yes ☒ No

Alias Name __Chorizo, Chon_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: __Dom Rep__

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____ **Bar Number if applicable** _____

Interpreter: ☒ Yes ☐ No **List language and/or dialect:** __Spanish__

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ **On Pretrial Release:** Ordered by _____ on

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05 **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>RICARDO MARTINEZ</u> _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

Place of Offense:  MA          Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody          **Related Case Information:**

County   Essex          Superseding Ind./ Inf.   X          Case No.   04-10299-PBS
Same Defendant   x          New Defendant
Magistrate Judge Case Number    04-m-1685-CBS
Search Warrant Case Number    04-m-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  HOWARD GREENBERG          Juvenile    ☐ Yes    ☒ No

Alias Name

Address

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:   Caucasian   Nationality:  US

**Defense Counsel if known:**    Roger Witkin          Address:  6 Beacon Street, Ste 1010
                                                          Boston, MA 02108
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher          Bar Number if applicable

Interpreter:    ☐ Yes ☐ No          List language and/or dialect:    Spanish

Matter to be SEALED:    ☐ Yes   ☒ No

   ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by  MJ Swartwood          on   May 2004

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: 3/23/05          Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**   **HOWARD GREENBERG** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                    Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody                        **Related Case Information:**

County   Essex                            Superseding Ind./ Inf.   X           Case No.    04-10299-PBS
                                          Same Defendant      x          New Defendant
                                          Magistrate Judge Case Number    04-m-1685-CBS
                                          Search Warrant Case Number    04-m-1720 to 1730
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   EDGAR HOFFENS                    Juvenile    ☐ Yes   ☒ No

Alias Name   Carlos Colon Rivera, Tigueron

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:   Caucasian    Nationality:  US

**Defense Counsel if known:**   John Wall             **Address:**  1 Commercial Wharf West
                                                              Boston, MA 02110
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                         **Bar Number if applicable** _____

Interpreter:   ☒ Yes ☐ No           List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes  ☒ No

☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____  in  _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____  on

**Charging Document:**      ☐ Complaint       ☐ Information       ☒ Indictment

**Total # of Counts:**      ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05          Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** __EDGAR HOFFENS__

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  __21 U.S.C. Sec. 846__ | __Conspiracy to Distribute 5 Kg of Cocaine__ | __Count One__ |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

ℬJS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** _II_          **Investigating Agency**  _DEA_

**City** _Lynn_                **Related Case Information:**

**County** _Essex_            Superseding Ind./ Inf. _X_          Case No. _04-10299 PBS_
                             Same Defendant _X_          New Defendant
                             Magistrate Judge Case Number   _04-M-1685 CBS_
                             Search Warrant Case Number   _04-M-1720 to 1730_
                             R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROGELIO GARCIA                    Juvenile:      ☐ Yes    X No

Alias Name   LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address   85 WALNUT AVE., REVERE, MA

Birthdate: _7/15/80_    SS # _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_  Sex: _MALE_  Race: _Hispanic_         Nationalit _USA_

**Defense Counsel if known:**     James H. Budreau, Esq.        Address  20 Park Plaza, Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA _Neil Gallagher_                      Bar Number if applicable

**Interpreter:**      ☐ Yes    X No          List language and/or dialect:

**Matter to be SEALED:**          Yes  X     No

        Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date

  Already in Federal Custody as of                   in                                    .
☐ Already in State Custody at                    ☐ Serving Sentence     ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:   Mag. Judge Swartwood       on

**Charging Document:**      Complaint          ☐ Information          X Indictment

**Total # of Counts:**      ☐ Petty          ☐ Misdemeanor          ☐ X Felony ── 2

Continue on Page 2 for Entry of U.S.C. Citations

  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
  accurately set forth above.**

Date:  _3/23/05_          Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

✎JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                Category No. _____        Investigating Agency  DEA/MSP

City  Lynn/Peabody                    **Related Case Information:**

County  Essex                         Superseding Ind./ Inf.  X          Case No.  04-10299-PBS
                                      Same Defendant  x          New Defendant
                                      Magistrate Judge Case Number  04-m-1685-CBS
                                      Search Warrant Case Number  04-m-1720 to 1730
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JAVIER ANGEL ROMERO          Juvenile   ☐ Yes   ☒ No

Alias Name  Ramon Acosta, the Singer

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Hispanic    Nationality: _____

Defense Counsel if known:  **Ray Buso**          Address:  **15 Church Street**
                                                            **Salem, MA 01970**
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher          Bar Number if applicable  _____

Interpreter:  ☒ Yes  ☐ No          List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

          ☐ Warrant Requested    ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**  _____

☒ Already in Federal Custody as  _____  in  _____.
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  _____  on  _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:  3/23/05          Signature of AUSA: _____