JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     JAVIER ANGEL ROMERO

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                       **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA          **Category No.** _____        **Investigating Agency** DEA/MSP

**City** Lynn/Peabody              **Related Case Information:**

**County** Essex                   Superseding Ind./ Inf.  X            Case No.  04-10299-PBS
                                   Same Defendant   x            New Defendant _____
                                   Magistrate Judge Case Number     04-m-1685-CBS
                                   Search Warrant Case Number       04-m-1720 to 1730
                                   R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   CHRISTIAN GERMOSEN         Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex M  Race: Hispanic  Nationality: Dom. Rep.

**Defense Counsel if known:**   Michael Hickey         **Address:** 15 Church Street
                                                                    Salem, MA 01970
**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher               Bar Number if applicable  _____

Interpreter:   ☒ Yes  ☐ No      List language and/or dialect:   Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested         ☐ Regular Process         ☐ In Custody

**Location Status:**

**Arrest Date:**  _____

☒ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty ___    ☐ Misdemeanor ___    ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   **CHRISTIAN GERMOSEN**

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: MA      Category No. _____      Investigating Agency   DEA/MSP

City   Lynn/Peabody      Related Case Information:

County   Essex      Superseding Ind./ Inf.   X      Case No.   04-10299-PBS
Same Defendant   x      New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JUAN MARTINEZ      Juvenile   ☐ Yes   ☒ No

Alias Name   Juan Eustate

Address   _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex  M   Race:   Hispanic   Nationality:   Mexican

Defense Counsel if known: _____      Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher      Bar Number if applicable _____

Interpreter:   ☒ Yes   ☐ No      List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

Arrest Date:   FUGITIVE

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05      Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     JUAN MARTINEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf.  X    Case No. 04-10299-PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number    04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  GERARDO VASSUER ORTIZ    Juvenile  ☐ Yes  [X] No

Alias Name  Scarface

Address  _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex M   Race: Hispanic   Nationality: Mexican

**Defense Counsel if known:**  Richard Welsh    **Address:** 80 Worchester St., Ste 5
North Grafton MA, 01536

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:  [x] Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  [x] No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

[x] Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    [x] Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   [x] Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    GERARDO VASSUER ORTIZ

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: MA          Category No. _____     Investigating Agency  DEA/MSP

City    Lynn/Peabody                Related Case Information:

County   Essex                   Superseding Ind./ Inf.   X           Case No.   04-10299-PBS
                                 Same Defendant    x          New Defendant
                                 Magistrate Judge Case Number    04-m-1685-CBS
                                 Search Warrant Case Number     04-m-1720 to 1730
                                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name   PHIL ASARO                           Juvenile    ☐ Yes    ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M   Race:  Caucasian   Nationality: _____

Defense Counsel if known:   Kirk Griffin            Address:  50 Standford Street
                                                              Boston, MA 02114
Bar Number:  _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                     Bar Number if applicable  _____

Interpreter:    ☐ Yes  ☒ No       List language and/or dialect:  _____

Matter to be SEALED:     ☐ Yes   ☒ No

  ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date:  _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  MJ Swartwood      on    May 2004

Charging Document:    ☐ Complaint      ☐ Information      ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____   ☒ Felony  1 count

                    Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05            Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     PHIL ASARO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf.  X    **Case No.** 04-10299-PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  SILVESTRE LIZARDI    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race: Hispanic  Nationality: _____

Defense Counsel if known:  Michael Sneider    Address:  95 Commercial Wharf
Boston, MA 2110
Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  MJ Swartwood  on  May 2004

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    SILVESTRE LIZARDI

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

City __Lynn__   **Related Case Information:**

County __Essex__
Superseding Ind./ Inf. __X__   Case No. __04-10299 PBS__
Same Defendant __x__   New Defendant _____
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ROBERT V. RUSCIO__   Juvenile: ☐ Yes   X No

Alias Name _____

Address __286 NEWBURY ST., PEABODY, MA__

Birthdate: __7/15/51__   SS # __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__   Sex: __MALE__   Race: __White__   Nationalit __USA__

Defense Counsel if known: __Edward L. Hayden, Esq.__   Address __7 Franklin St., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__   Bar Number if applicable _____

Interpreter:   ☐ Yes   X No   List language and/or dialect: _____

**Matter to be SEALED:**   Yes   X   No

\ Warrant Requested   X☐ Regular Process   In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: __Mag. Judge Swartwood__ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   X☐ Felony —2—

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     ROBERT V. RUSCIO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

Place of Offense: MA            Category No. _____      Investigating Agency   DEA/MSP

City   Lynn/Peabody            Related Case Information:

County   Essex                 Superseding Ind./ Inf.   X            Case No.   04-10299-PBS
                               Same Defendant    x         New Defendant _____
                               Magistrate Judge Case Number   04-m-1685-CBS
                               Search Warrant Case Number     04-m-1720 to 1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   GIOVANI AVILA                       Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   _____

Birth date (Year only): ____   SSN (last 4 #): ____   Sex  M   Race:   Hispanic   Nationality: _____

Defense Counsel if known:   Michael Natola       Address:  240 Commerical Street, Ste 2B
                                                          Boston, MA 02109
Bar Number:

**U.S. Attorney Information:**

AUSA   Neil Gallagher                          Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No          List language and/or dialect:  _____

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by   MJ Swartwood        on   May 2004

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05           Signature of AUSA: _____


JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   GIOVANI AVILA

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: __MA__   Category No. _____   Investigating Agency __DEA/MSP__

City __Lynn/Peabody__   Related Case Information:

County __Essex__   Superseding Ind./ Inf. __X__   Case No. __04-10299-PBS__
Same Defendant __x__   New Defendant _____
Magistrate Judge Case Number __04-m-1685-CBS__
Search Warrant Case Number __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GILBERTO ZAYAS__   Juvenile ☐ Yes  ☒ No

Alias Name __Cumbia King, Tony__

Address _____

Birth date (Year only): ___   SSN (last 4 #): ___   Sex __M__   Race: __Hispanic__   Nationality: ___

Defense Counsel if known: __Raymond E. Gillespie__   Address: __875 Massachusetts Ave, Ste 32__
__Cambridge, MA 02139__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__   Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No   List language and/or dialect: __Spanish__

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by __MJ Swartwood__ on __May 2004__

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__   Signature of AUSA: _____