JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    GILBERTO ZAYAS _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet                            U.S. District Court - District of Massachusetts

Place of Offense: __MA__          Category No. _____   Investigating Agency __DEA/MSP__

City __Lynn/Peabody__          Related Case Information:

County __Essex__               Superseding Ind./ Inf. __X__          Case No. __04-10299-PBS__
                               Same Defendant __x__                   New Defendant _____
                               Magistrate Judge Case Number   __04-m-1685-CBS__
                               Search Warrant Case Number     __04-m-1720 to 1730__
                               R 20/R 40 from District of     _____

## Defendant Information:

Defendant Name __LUIS E. DEJESUS__                    Juvenile  ☐ Yes   ☒ No

Alias Name __Edgardo__

Address _____

Birth date (Year only): ____   SSN (last 4 #): ____   Sex __M__   Race: __Hispanic__   Nationality: ____

Defense Counsel if known: __John W. Laymon__        Address: __77 Franklin Street, # 3__
                                                             __Boston, MA 02110__

Bar Number: _____

## U.S. Attorney Information:

AUSA __Neil Gallagher__                              Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No          List language and/or dialect:   __Spanish__

Matter to be SEALED:   ☐ Yes   ☒ No

   ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

## Location Status:

Arrest Date: _____

☒ Already in Federal Custody as __May 2004__  in __Wyatt__
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____  on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __1 count__

                     Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: __3/23/05__                    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     LUIS E. DEJESUS

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     Category No.  II     Investigating Agency   DEA

City   Lynn     **Related Case Information:**

County   Essex

Superseding Ind./ Inf.  X     Case No.  04-10299 PBS
Same Defendant  X     New Defendant _____
Magistrate Judge Case Number   04-M- 1731CBS
Search Warrant Case Number   04- M 1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   BENITO GRULLON     Juvenile:   ☐ Yes   X No

Alias Name   QUICO

Address   _____

Birthdate: _____   SS # _____   Sex: MALE   Race: Hispanic   Nationalit  Dominican

Defense Counsel if known:   Ron Ian Segal, Esq..     Address  23 Central Ave., Lynn, MA

Bar Number   _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher     Bar Number if applicable   _____

Interpreter:   X Yes   No     List language and/or dialect:   Spanish

Matter to be SEALED:   Yes   X No

Warrant Requested     X Regular Process     In Custody

**Location Status:**

Arrest Date   5/1/04

X Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   3/23/05     Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   BENITO GRULLON

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-grulle.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet                U.S. District Court - District of Massachusetts

**Place of Offense:** MA, CA        **Category No.** _____        **Investigating Agency** DEA/MSP

**City** Lynn        **Related Case Information:**

**County** Essex
- Superseding Ind./ Inf.  x        Case No.  04-10299-PBS
- Same Defendant _____    New Defendant  X
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  MARTIN CERNA GARCIA        Juvenile  ☐ Yes  ☒ No

**Alias Name**  "Willy"; "Nephew"

**Address**  11027 Meyers Dr., Cucamnga, CA 91730

**Birth date (Year only):** 1963    **SSN (last 4 #):** ____    **Sex** M    **Race:** Hispanic    **Nationality:** Mexican

**Defense Counsel if known:** _____        **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher        **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes  ☐ No        **List language and/or dialect:**  Spanish

**Matter to be SEALED:**  ☒ Yes  ☐ No

☒ **Warrant Requested**        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     MARTIN CERNA GARCIA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA     **Category No.** _____     **Investigating Agency** DEA/MSP

**City** Lynn, MA     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  x       Case No.  04-10299-PBS
Same Defendant _____       New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  ROBINSON RUIZ     Juvenile  ☐ Yes   ☒ No

**Alias Name**  "Metresa"

**Address**  6 Houston Street, Lynn, MA 01905

**Birth date (Year only):** 1964   **SSN (last 4 #):** 6369   **Sex** M   **Race:** Hispanic   **Nationality:** Dom. Republic

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher     **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes  ☐ No     **List language and/or dialect:**  Spanish

**Matter to be SEALED:**  ☒ Yes  ☐ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    ROBINSON RUIZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

🞄JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                          U.S. District Court - District of Massachusetts

**Place of Offense:** MA             **Category No.** _____       **Investigating Agency** DEA/MSP

**City** Lynn, MA                    **Related Case Information:**

**County** Essex                     Superseding Ind./ Inf.   x            Case No.   04-10299-PBS
                                     Same Defendant _____   New Defendant   X
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CARLOS RAFAEL ROJAS                 Juvenile   ☐ Yes   ☒ No

Alias Name   "Chelo"; "Ramon"

Address   _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex  M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____                  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                                **Bar Number if applicable** _____

Interpreter:   ☒ Yes   ☐ No       List language and/or dialect:   Spanish

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested         ☐ Regular Process         ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05              Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2  18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

- **Place of Offense:** MA
- **Category No.:** _____
- **Investigating Agency:** DEA/MSP
- **City:** Lynn/Peabody
- **County:** Essex

**Related Case Information:**
- Superseding Ind./ Inf.: X
- Case No.: 04-10299-PBS
- Same Defendant: ___
- New Defendant: X
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: ___
- R 20/R 40 from District of: ___

**Defendant Information:**
- Defendant Name: CARLOS ORLANDO ARGUETA-MACARIO
- Juvenile: [ ] Yes  [X] No
- Alias Name: "Chaparro"
- Address: 15 Washington Place, Peabody, MA 01960
- Birth date (Year only): 1967
- SSN (last 4 #): 0292
- Sex: M
- Race: Hispanic
- Nationality: Mexican
- Defense Counsel if known: ___
- Address: ___
- Bar Number: ___

**U.S. Attorney Information:**
- AUSA: Neil Gallagher
- Bar Number if applicable: ___
- Interpreter: [X] Yes  [ ] No
- List language and/or dialect: Spanish
- Matter to be SEALED: [X] Yes  [ ] No
- [X] Warrant Requested  [ ] Regular Process  [ ] In Custody

**Location Status:**
- Arrest Date: ___
- [ ] Already in Federal Custody as ___ in ___
- [ ] Already in State Custody ___  [ ] Serving Sentence  [ ] Awaiting Trial
- [ ] On Pretrial Release: Ordered by ___ on ___

**Charging Document:** [ ] Complaint  [ ] Information  [X] Indictment

**Total # of Counts:** [ ] Petty ___  [ ] Misdemeanor ___  [X] Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05

Signature of AUSA: _(signature)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn, MA    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  x        Case No.  04-10299-PBS
Same Defendant _____    New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  WILLIAM R. HOLMES        Juvenile  [ ] Yes  [X] No

Alias Name  "Billy"

Address  43 Reservoir Drive, Danvers, MA

Birth date (Year only): 1961   SSN (last 4 #): 7332   Sex M   Race: _____   Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher        Bar Number if applicable _____

Interpreter:  [ ] Yes  [ ] No    List language and/or dialect: _____

Matter to be SEALED:  [x] Yes  [ ] No

[x] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document:  [ ] Complaint   [ ] Information   [x] Indictment

Total # of Counts:  [ ] Petty ___  [ ] Misdemeanor ___  [x] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     WILLIAM R. HOLMES, a/k/a "Billy"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__         Category No. _____     Investigating Agency __DEA/MSP__

City __Lynn, MA__                Related Case Information:

County __Essex__                 Superseding Ind./ Inf. __x__         Case No. __04-10299-PBS__
                                 Same Defendant _____            New Defendant __X__
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GENE A. ANDERSON__                 Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __87 Broad Street #1, Lynn, MA__

Birth date (Year only): __1970__  SSN (last 4 #): __0733__  Sex __M__  Race: _____  Nationality: _____

Defense Counsel if known: _____          Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                       Bar Number if applicable _____

Interpreter:  ☐ Yes  ☐ No         List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested         ☐ Regular Process         ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:   ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:   ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__                    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     GENE A. ANDERSON

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**