UNITED STATES DISTRICT COURT
FOR MASSACHUSETTS

NO. 04-10299

UNITED STATES OF AMERICA

V.

ROBERT RUSCIO

JOINT MOTION TO CONTINUE GUILTY PLEA

Now comes counsel in the above-captioned case and requests that this court continue the Rule 11 plea hearing from its currently scheduled date of November 30, 2005 to a date in early January, 2006.

Counsel's reasons are set forth in the accompanying affidavit. In the alternative, the defendant requests that if the plea hearing were to go forward on November 30, 2005, that the acceptance of the plea be continued until the sentencing. Assistant U.S. Attorney Neil Gallagher consents to this motion.

For the defendant,

/s/ EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430

UNITED STATES DISTRICT COURT
FOR MASSACHUSETTS

NO. 04-10299

UNITED STATES OF AMERICA

V.

ROBERT RUSCIO

AFFIDAVIT OF COUNSEL IN SUPPORT OF
JOINT MOTION TO CONTINUE GUILTY PLEA

1. My name is Edward L. Hayden. I am an attorney with an office at 7 Franklin Street, Lynn MA.

2. I represent the defendant in the above-referenced case.

3. On November 11, 2005, I learned through electronic notification that the above-case is scheduled for a guilty plea hearing on November 30, 2005.

4. I am scheduled to start a murder trial, Commonwealth v. Facella, No. 02/668, Essex Superior Court on December 5, 2005.

5. Pretrial motions are scheduled for December 1st and December 2nd, 2005.

6. Although I do not have any scheduled court appearances on November 30, 2005, I had planned on using the day to prepare for the pretrial motions as well as the trial.

7. The defendant has been on pretrial release since May of 2004. During the 18 months that he has been on release, he has complied with all the terms of release. He has also been operating his business, Bob's Carburetor Company.

8. Furthermore, the defendant has no prior criminal record.

9. The defendant is in the process of selling the building he jointly owns with his brother and sister at 62 Jefferson Avenue, Salem MA. The defendant anticipates that the closing will occur sometime during the month of December 2005. The closing would be complicated by the defendant's incarceration.

10. The defendant presents no risk of flight or danger to the public.

Signed under the pains of penalties of perjury this 18th day of November, 2005.

/s/ EDWARD L. HAYDEN