IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | NO. 04-10299-20-PBS |
| ROBERT RUSICO, ) | |
| ) | |

**GOVERNMENT'S OPPOSITION TO**
**DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE**

The United States respectfully opposes defendant's motion for downward departure.  Pursuant to 18 U.S.C. Sec. 3553(a) and the U.S. Sentencing Guidelines, a Sentence within the applicable guideline range is necessary to reflect the seriousness of the crime, cocaine trafficking; the need to afford adequate deterrence to criminal conduct; and to protect the public.  While defendant only distributed smaller quantities of cocaine, the redistribution of cocaine were not isolated events and extended between at least August 2003 until January 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:       /s/ Neil J. Gallagher, Jr.
          Neil J. Gallagher, Jr.
          Assistant U.S. Attorney
          One Courthouse Way
          Boston, MA
          (617) 748-3397

Date: March 1, 2006